```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 04914
   DESIRRAY L JENKINS
                                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

        Debtor
   SSN XXX-XX-4541
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

  1.  The case was filed on 03/20/07 and confirmed on 06/07/07.

  2.  The case was dismissed after confirmation, 03/07/2008.

  3.  The Debtor paid a total of $   2549.00 .

  4.  The Trustee made disbursements to creditors as follows:

---
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LITTON LOAN SERVICING IN | CURRENT MORTG | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | MORTGAGE ARRE | .00 | .00 | .00 |
| HAWTHORNE CU | SECURED | .00 | .00 | .00 |
| HOMETOWN CONDOMINIUM | SECURED | .00 | .00 | .00 |
| HOMETOWN CONDOMINIUM | SECURED | .00 | .00 | .00 |
| DAIMLER CHRYSLER FINANCI | SECURED VEHIC | .00 | .00 | .00 |
| RMI/MCSI | UNSECURED | 250.00 | .00 | .00 |
| EMERGENCY TREATMENT SC | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| HAWTHORNE CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 988.54 | .00 | .00 |

         Summary of disbursements:
---
|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 1238.54 | .00 | 1238.54 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, ZALUTSKY & PINSKI            , was allowed $   3000.00
and was paid $    446.00  direct and $   2452.90  through the plan.

The Trustee received $     96.10 .

Refunds to the Debtor totaled $      .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 06/24/08                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                          PAGE  2
       CASE NO. 07 B 04914 DESIRRAY L JENKINS
```